To: Office of The Clerk
United States District Court, Western
District of Wisconsin

July 16, 2019

R.E. Christopher Selby v. Lucas Weber, et al.
19-CV-530-bbc

It is my request of this honorable court that I temporarily withdraw my above titled action, pending payment in full of the $350.00 filing fee.

It is my intention to re-file on 9-1-19, with full payment of $350.00 filing fee at that time.

If this court will grant tempory withdrewsal of above titled action, WITHOUT PREJUDICE, plaintiff Selby will refile with full payment of filing fee on 9-1-2019.

Christopher Selby #354602
Waupun Correctional
Institution
PO Box 351
Waupun, WI 53963

Respectfully,
/s/ Christopher Selby
Date: 7/16/19